Susan St. Vincent
Legal Officer
Matthew McNease
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMBER ROSE BRECKENRIDGE,<br><br>Defendant. | No.  6:14-mj-131-MJS<br><br>**MOTION TO DISMISS AND RECALL ARREST WARRANT; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and an order to recall the Arrest Warrant issued on June 9, 2015 for Failure to Appear.

Dated:  June 16, 2015                                     NATIONAL PARK SERVICE

                                                             /S/ Matthew McNease
                                                             Matthew McNease
                                                             Acting Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Amber Rose Breckenridge;* 6:14-mj-131-MJS, be dismissed, without prejudice, and the Arrest Warrant issued June 9, 2015 is recalled.

IT IS SO ORDERED.

Dated:     June 16, 2015              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE